UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No. CV 10-3073 RGK (AJWx)                     Date: January 27, 2011

Title: <u>Meredith Oliver v. Astrazeneca Pharmaceuticals, LP, et al.</u>
================================================================
PRESENT:    **HON. <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

           <u>    Ysela Benavides    </u>              <u>                        </u>
              Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
        None Present                              None Present

**FURTHER ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL (SUBMITTED MATTERS ONLY)**

During the hearing, the court ruled on nearly every aspect of the motion, taking only the following aspects of the motion under submission: requests 60-64 and requests 64-72.  As to these requests, the only real dispute concerns the applicable time period.  Defendants have produced documents (or, as to some information, created a report) for the period January 1, 2008 to the present.  Plaintiff, however, contends that responsive material from earlier years also is relevant.  The temporal scope advocated by defendants is too narrow because decisions made in 2009 reasonably could have been affected by performance or discipline that occurred during previous years, even though such performance or discipline occurred during the reign of a different supervisor.  Morever, where, as here, the sample size is relatively small, turnover rates for just 1 or 2 years arguably may not be meaningful.  Nevertheless, the temporal scope requested by plaintiff is too broad.  The motion is **granted** as to these requests to the following extent: the temporal scope of defendants' response is expanded to the period January 1, 2006 to the present.  In respects other than temporal scope, defendants production in response to these requests has not been shown to be inadequate.

**IT IS SO ORDERED.**

cc:   Parties

MINUTES FORM 11                          Initials of Deputy Clerk_____
CIVIL-GEN